# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

Clifford W. Taylor,
Chief Justice

132060(39)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                                SC:  132060
                                                COA:  268470
                                                Wayne CC: 81-003916

FONZA JACKSON,
      Defendant-Appellant.

_____/

On order of the Court, the motion for reconsideration of this Court's March 7, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

KELLY, J., would grant reconsideration and, on reconsideration, would remand this case to the Wayne Circuit Court for an evidentiary hearing to determine whether an appeal was taken from the Wayne County Probate Court Juvenile Division order waiving jurisdiction over defendant to the Detroit Recorder's Court, for the reasons set forth in her dissenting statement in this case, 480 Mich ___ (2008).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

_____
Clerk

d0421